Four years later, he's born, and the day he was born, he was dead. The rest of the family was found dead, and, um, um, first we should find out what he said, or what he does, or what his son does on a daily basis. And we should, uh, understand that there's, there's a, um, it's, it's been approximately 2,118 years. Most of them have, um, um, um, uh, come to me, to me until the last year, especially. It's very important for our family to be able to understand the same thing. It's not the same, but it's, it's really important to see that there's a lot of understanding, and so we should be able to help make things easier for our sons and daughters. I noticed, noticed when I was crossing, when I came to the courts, forensic justice, psych justice, human rights justice, that's a lot of different things. The author of all of these, and I'm going to use the phrase, and say it to many of my students, is very, in a way, he was surprised that there was a court that opened. He said, before the Constitution, first of all, can you imagine, a long list, reaching, recalling, and his response was, he said, can you imagine, a civilian, uh, basic human rights justice, and he did this for, for a long period of time, for a period of time, and he was surprised, and he was suspicious, of this human rights act. The pages are about the 17th century, in the English culture, in the United States itself, based on, the reverse of charity, of the three different states, all based on the following laws, of the four states, including the farm owners, the legacy of history, and some of the, what you have now, the extraordinary investments in the house, the law enforcement interest, uh, the trade between farm workers, and car owners, we imagine that as, he and his wife, uh, and their children, and they had the chance, a single child, of course, to make an extraordinary contribution, along the way, and to share a few of his, his emails, from the shooting of his wife, the farmer's interest, and the women's interest, and he, it seems to me, the center of the whole scene, of this workshop, because, it seems to me, it's not casual, social, objective music, and we can focus for a moment, which is, on why, the, car wash, to avoid an affirmative defense, constitutes punishment, when the circumstances push, so this, because the court, uh, reasoned, punishments, first of all, the, the rules from the prior law, the way the law is set, for each car wash, the, the, the court, this court, acted in a way, of including it, because it's, the punishment is, punishment, and sometimes, historical, functional, motivations, the punishment is fierce, and what we see, in a lot of cases, is whether or not, there is a legitimate, non-communicative, purpose, a message, to the, the severity, of the, uh, disability, or, its, secondary, pressure, whether or not, there is a legitimate, non-communicative, purpose, whether there is, some flexibility, that is, are the burdens, imposed, on, those arguing, for, those actions, on a physical, circumstance, for, those growers, in a way, are, congruently, non-communicative,    and, actually, you go fast. Yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, yes, Christian, it's a real issue. Yes,    yes, yes, yes, much. Much of it is deeply important for us. And so not to all of you. It's all, it's meant to be to you. It is meant to be to you. It's sort of come down to where you are dressed in all the protections you want. You are treated differently. Not because of something you do, but because of something that you just choose to do. And it's something that you do. But it's something that you do for all the other growers, not the other employers. So, I mean, you've seen the picture. It's all in these directions. So, see what you set yourself. You're treated differently. You know what that says. That is a, that's what you need. That is a story for other people. There's something else going on. There's something else going on. Good morning. Thank you for joining us this afternoon, and for each of you. I'll be happy to answer your questions and answers when you see them. And I hope each of you is using the information that you have right now. Thank you. I want to start with some tips on substance. Be exposed. Be exposed. Be deprived. Don't consume anything. What they're quite well-known as to is a certain type of substance, a measure of substance. And in case you don't know, there are so many different types of substances. There's the state of the science. The state of the science. Everybody knows why. You've heard me bring this to us. You've told us. You've seen this work. You've heard us talk about it. And that's the case. And they totally play out, you know, under the applicable standard of the field. This is a law of thinking and economic policy. Under a law, I'm not sure if your actual thesis may be the convenient and possible thesis. Most of the possible is the possible reason for the time limitations involved in this whole group of transactions. There are two things. One is the details of the substance that you took, the kind of drug that you took, and when and if you took it, and if you didn't go to the case for the drug. And now that these, the substances being used, the substances being used, the use of these substances, it's just, I'm just, I'm just looking at this information. So, there's a hell of a lot of parts of it. It's all related. There's two, there's three, there's six, there's eight, there's nine, there's ten, there's eleven, there's twelve, there's thirteen, there's fourteen, there's fifteen, there's sixteen, there's seventeen, there's eighteen, and there's nineteen. Okay. All right. Well, All right. Can you tell me what this is answer for? Yeah, because well, you know, the reason we've offered is and I'm not even sure if this is a separate case here in terms of what the reasons were, but but I think it's a very big difference with all of this. We're not going to create a such a big deal out of something that is it's the case and I don't know if it's a it's actually a courtesy offer for anybody who wants to work free. What's the concern about the two or three cases? All of them are very different. You know, in answer to the question you asked or any other examples of how you were in the past intended to sort of see how the cases have played out in this we have these cases and Moreno's  under his file from 2012 is in fact that he is included in the case and that is a good thing to see that there's cases in the last 20, 30, 40 cases that were not very significant. These are not the only two in Toronto that are targeting these cases because probably what's the most significant set of those cases that we have here is a lot of them. I don't know. I think there's I think there's a very good reason that's well, I mean, the only record is that we offer is a specific number of students to screen the cases and any of these are considered. But the point is that the speed that these were shown to have been being communicated to the students is a record as well. The thing is I'm not going to expose the questions. There are going to be record transitions being done. So, how long is it to see that there are records and there are records being screened each year to get the students to do what they want to do with the records and the evidence and the evidence  is an  I don't know the answer to that. I'm just going to go in there and take a look at the evidence that there are a lot of questions that are trying to come up with solutions. Okay. You can say you don't want to do something but it turns out everybody thousands of hours except two or maybe three parties that are facing some problems  we  want to do. It's not about your son or your daughter. It's not about your son or your daughter. It's not about your children, it's not about    not about your children. So I'm just going to go in there and take a look at the evidence that I have  me. So I'm going to take a look at the evidence that I have with me. So I'm going with me. So I'm  to take a look at the evidence that  have with me. So take a look at   that  have with me.   a look    that  have with me. So I'm going to  a look have with me. So  going to take a    at the  that  have with me.
judges: Gould, Clifton, Watford